No. 92–622. ROBINS ISLAND PRESERVATION FUND, INC. *v.* SOUTHOLD DEVELOPMENT CORP. C. A. 2d Cir. Certiorari denied.

No. 92–623. RMI TITANIUM CO. *v.* OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, LOCAL 7–629, ET AL. Ct. App. Ohio, Ashtabula County. Certiorari denied.

No. 92–625. PLAISANCE ET UX. *v.* TEXACO INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–627. CITY VENDING OF MUSKOGEE, INC. *v.* OKLAHOMA TAX COMMISSION. Sup. Ct. Okla. Certiorari denied.

No. 92–636. DILLNER *v.* SODEN. Sup. Ct. Kan. Certiorari denied.

No. 92–637. MUTUAL REINSURANCE BUREAU *v.* GREAT PLAINS MUTUAL INSURANCE CO., INC. C. A. 10th Cir. Certiorari denied.

No. 92–638. INTERNATIONAL FUNDING INSTITUTE, INC., ET AL. *v.* FEDERAL ELECTION COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 92–651. WRIGHT *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 92–655. BARRON *v.* FORD MOTOR COMPANY OF CANADA LTD. C. A. 7th Cir. Certiorari denied.

No. 92–657. KAUBLE ET AL. *v.* CONTINENTAL STEEL CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–660. SHOTEY *v.* EALES ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–670. PAZOS-SANTANA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–675. HARMAN *v.* WETZEL. Sup. Ct. Pa. Certiorari denied.